# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. DANIEL E. LANG, individually and as Trustee of The Lang Family Revocable Trust,<br>2. LINDA K. LANG, individually,<br>3. THE LANG FAMILY REVOCABLE TRUST,<br><br>            Plaintiffs,<br><br>v.<br><br>1. FARMERS INSURANCE COMPANY, INC., a foreign, for-profit insurance corporation,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-17-919-D<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Daniel E. Lang, individually and as Trustee of the Lang Family Revocable Trust, Linda K. Lang and The Lang Family Revocable Trust, and Defendant, Farmers Insurance Company, Inc., hereby stipulate to the dismissal of the above entitled action without prejudice to the refiling thereof. Each side is to bear its own costs and fees.

By   s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MCGREW, MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:   (405) 235-9909
Facsimile:    (405) 235-9929
mcgrewslaw@yahoo.com
**COUNSEL FOR PLAINTIFF**

*s/ Kelsie M. Sullivan*
(Electronically signed by Mr. McGrew with Ms. Sullivan's permission)
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
Email: ksullivan@richardsconnor.com
**ATTORNEYS FOR DEFENDANT**